UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JACOBS,<br>Plaintiff,<br>v.<br>COUNTY OF SACRAMENTO, et al.,<br>Defendants. | No. 2:25-cv-02648-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GARNTING PLAINTIFF'S UNOPPOSED MOTION TO FILE A FIRST AMENDED COMPLAINT AND REMANDING THIS CASE TO THE SACRAMENTO COUNTY SUPERIOR COURT<br><br>(Doc. Nos. 4, 12, 16, 18) |

Plaintiff Adam Jacobs is proceeding *pro se* in the above-captioned civil rights action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's unopposed[1] motion to file a first amended complaint eliminating all federal claims and to remand this action to the Sacramento County Superior Court, where it was originally filed, be granted. (Doc. No. 12)

The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3) To date, no

/////

[1] Defendants filed a statement of non-opposition to the granting of plaintiff's motion. (Doc. No. 8.)

objections to the findings and recommendations have been filed and the time in which to do so has passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 3, 2025 (Doc. No. 12), are adopted in full;
2. Plaintiff's unopposed motion for leave to file a first amended complaint and to remand this action to the Sacramento County Superior Court (Doc. No. 4), is granted;
3. Plaintiff's first amended complaint filed December 3, 2025 (Doc. No. 13), is deemed the operative pleading in this action;
4. This case is hereby remanded to the Sacramento County Superior Court; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 8, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[2] The court apologizes to the parties for the delay in the issuance of this order. Plaintiff's motions requesting a ruling (Doc. No. 16) and for administrative relief in the form of prompt resolution (Doc. No. 18) will also be granted. Due to an oversight, the undersigned was unaware that these findings and recommendations were pending before the court until recently and despite plaintiff's best efforts to bring the matter to the court's attention.